**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00218-CR

**DARREN DWYONE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-62506-K**

## ORDER

The Court **REINSTATES** the appeal.

On July 8, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 22, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the July 8, 2014 order requiring findings.

We **GRANT** the July 22, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID EVANS
         JUSTICE